LOUIS KADANS, Appellant, v. HUNTER CREAMERY COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

JAMES MILNE SMITH, Appellant, v. SPENCER WIRE COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

THE STRONG BOX COMPANY OF AMERICA, Appellant, v. NATIONAL PAPER PRODUCTS COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.; Philbin, J., dissenting.